**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In re:*

HATTERAS REINSURANCE LTD.,

Debtor in Foreign Proceeding.

In a case under
Chapter 15 of the
Bankruptcy Code

Case No. 06-11304 (JMP)

### ORDER PURSUANT TO § 1521 OF THE BANKRUPTCY CODE AND RULES 2004 AND 9016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING PRODUCTION OF DOCUMENTS BY COMPTON UNIFIED SCHOOL DISTRICT

Upon the motion (the "Motion") of Mike Morrison and Charles Thresh, in their capacity as the court-appointed Joint Liquidators (the "JLs") and the foreign representatives of Hatteras Reinsurance Ltd. (the "Company") for an order pursuant to Section 1521 of the Bankruptcy Code and Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure, directing production of documents by Compton Unified School District ("Compton") and sufficient cause appearing therefor; and adequate and proper notice of the Motion having been given to all interested parties, and there being just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby,

**ORDERED** that the Motion is granted and all objections to the Motion are overruled; and it is further

**ORDERED** that compliance with the Order may be compelled by the issuance and service of one or more subpoenas by the JLs pursuant to Federal Rule of Civil Procedure 45 and Bankruptcy Rules 2004(c) and 9016; and it is further

**ORDERED** that the JLs are hereby authorized to issue one or more subpoenas or other process to compel the production of documents (the "Document Request Subpoena"), substantially in the form annexed hereto, and Compton and its representatives and agents (collectively, "Compton") are directed to produce in response to the Document Request Subpoena all responsive documents on the Document Request List annexed hereto, subject to any documents withheld under a claim of privilege, so as to be received within five (5) days of service of the Document Request Subpoena, by delivery via overnight courier, or such other means as may be agreed upon by the parties, to Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York, 10020, Attention: Ken Coleman, Esq.; and it is further

**ORDERED** that one or more of the Document Request Subpoenas may be issued by the United States District Court or Bankruptcy Court in California in the District in which Compton is located; and it is further

**ORDERED** that Compton, in the event that any documents are withheld on the grounds of privilege, is directed to produce a privilege log in accordance with Rule 7026 of the Federal Rules of Bankruptcy Procedure by delivery via overnight courier, or such other means as Compton may elect, to Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York, 10020, Attention: Ken Coleman, Esq., to be received not later than five (5) days of the date upon which production of the documents would have otherwise been required, provided that the date for delivery of the privilege log may be extended by agreement without further order of the Court; and it is further

**ORDERED** that this Court shall retain jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and enforce the provisions of this Order; and it is further

**ORDERED** that this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED** that the Order is without prejudice to the rights of the JLs to apply for further discovery of any other individual or entity.

**IT IS SO ORDERED**:

This 23rd day of April, 2007

            *s/ James M. Peck*
            HONORABLE JAMES M. PECK
            UNITED STATES BANKRUPTCY JUDGE